

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-14-00192-CV

In the Interest of S.L., J.L., G.L., G.S., A.S., and G.S., Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01014
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The reporter's record was due March 31, 2014, but was not filed. The court reporter is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a) (West Supp. 2013).

We therefore **ORDER** David R. Zarate, the court reporter, to file the reporter's record on or before **April 18, 2014**. The reporter is reminded that the reporter's record is currently eight days late, and that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record. TEX. R. APP. P. 28.4(b).

We further order the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court